KPROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Birdsall, Justin                                    Cr.: 2:11-134-01
                                                                      PACTS Number: 59849

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 6/13/11

Original Offense: Possession of material constituting child pornography

Original Sentence: Five years probation, computer monitoring, drug treatment, restricted contact with minors, register as a sex offender, twelve months location monitoring, and mental health treatment

Type of Supervision: Probation                         Date Supervision Commenced: 6/13/11

## PETITIONING THE COURT

[ ]   To extend the term of supervision for        Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

POLYGRAPH EXAMINATION

You shall submit to an initial polygraph examination and subsequent maintenance testing, at intervals to be determined by the Probation Officer, to assist in treatment, planning, and case monitoring. You will be required to contribute to the costs of services rendered in an amount to be determined by the Probation Officer, based on ability to pay or availability of third-party payment.

## CAUSE

The offender has agreed to have his special conditions modified to include polygraph testing to assist our office in monitoring his compliance.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 7/5/11

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Dennis M. Cavanaugh, Judge   7/11/11
U.S. District Court           Date