**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

200 FEDERAL PLAZA
ROOM 130
PATERSON, NJ
(973) 357-4080
FAX: (973) 357-4092

October 19, 2012

**Mailing Address:**
50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

Honorable Dennis M. Cavanaugh,
United States District Judge
Martin Luther King, Jr. Federal
Building & U.S. Courthouse
P.O. Box 0999
Newark, N.J. 07102-0999

RE: **U.S. v. Justin Birdsall**
**Dkt. No.: 11-00134-001**
**Request for Permission to Travel Outside of the United States**

Dear Judge Cavanaugh:

On June 13, 2011, the above-referenced individual was sentenced by Your Honor to a term of five years probation for the offense of Possession of Material Constituting/Containing Child Pornography. The offender was ordered to pay a $100 Special Assessment fee, along with the following special conditions: alcohol/drug testing/treatment; computer search; location monitoring; mental health treatment; no contact with minors; and sex offender registration.

The offender has been supervised by this office since the commencement of supervision and has been in general compliance as of yet. He completed his one-year term of location monitoring, as well as sex offender treatment. All drug tests administered have yielded negative results.

The offender has requested permission to travel, along with his family, to the Dominican Republic for vacation in November. (Please see attached letter from the offender, dated August 10, 2012.) The travel would conclude in one week and his parents have assured the undersigned that the offender would not be left alone. They had initially planned on traveling to Mexico; however, there was an extended delay in receiving a response from the Mexican Consulate. Therefore, their new itinerary has been changed to the Dominican Republic. The undersigned and Assistant United States Attorney Ronnell Wilson have no objections to this travel. The undersigned will be available to discuss this matter if Your Honor should wish. I may be contacted at (973) 445-8517.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

*Susan E. Karlak*

By: Susan E. Karlak
Senior U.S. Probation Officer

/sek
Enclosure

Please check the appropriate box.

[✓] Permission to travel is granted.

[ ] Permission to travel is not granted.

_____   10/26/12
Signature                   Date