United States District Court
for the District of New Jersey

_____

**UNITED STATES OF AMERICA**

    Plaintiff

    vs.

**JUSTIN BIRDSALL**

    Defendant
_____

Criminal No. 11-134

Order of Reassignment

It is on this 9th day of June, 2014,

O R D E R E D that the entitled action is reassigned

from Judge Dennis Cavanaugh to Judge Claire Cecchi.

    s/Jerome B. Simandle
Jerome B. Simandle, Chief Judge
United States District Court