May 11, 2014

Honorable Dennis M. Cavanaugh
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07101

Judge Cavanaugh,

I am requesting permission to go on vacation with my family. I have looked into several locations and contacted their consulate and was told there would be no problem in my visiting their islands.

I have listed the contacts below and I have notified my probation officer Ms. Susan Karlak.

*Bermuda – Ms. Todd 441-295-5151 ext: 1378*

St. Maarten – See attached email

Haiti – Mr. Pierre Lorse 212-697-9767

Dominic Republic – We were there in 2012 for a week Ms. Karlak spoke with Mr. Ramirez for confirmation. 212-768-2480.

I would appreciate if you could contact Ms. Karlak and let me know so that my family can book a vacation. I will send Ms. Karlak an itinerary after we have booked our vacation.

Thank you in advance,

*[signature]*

Justin Birdsall

Cc: Susan Karlak, Senior USPO
    50 Walnut Street
    Rm. 1005
    Newark, NJ

*Permission to travel is granted.*

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: 6/20/14