

<div style="text-align:right">

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

</div>

___

| | |
|---|---|
| *970 Broad Street, 7th floor* | 973-645-2700 |
| *Newark, New Jersey 07102* | |

October 15, 2019

United States District Court
Clerk's Office
Attn:  Michael Dixon
King Federal Building & US Courthouse
50 Walnut Street
Newark, NJ  07102

  Re:  United States v. Justin Birdsall
   <u>Crim No. 11-134/10mj6135</u>

Dear Mr. Dixon:

  This matter has been completed with respect to defendant Justin Birdsall.  Please cancel your Personal Recognizance Bond no. NEW3529 for $100,000, which was filed on November 16, 2010 and recorded in the venue of Newark as follows:

| | |
|---|---|
| Judgment No: | RG-063529-0000 |
| Amount: | $100,000.00 |
| Date Entered: | 11/24/10 |
| Date Filed: | 11/16/10 |
| Creditor: | United States of America |
| Debtor: | Justin Birdsall, Principal |
| | Donna A. Birdsall, Surety |
| | Steven G. Birdsall, Surety |

  Any judgments or liens associated with this recognizance bond may be cancelled of record.  Thank you for your assistance.

<div style="margin-left:50%">

Respectfully submitted,

CRAIG CARPENITO
United States Attorney

s/Ronnell L. Wilson

By: RONNELL L. WILSON
   Co-Chief, National Security

</div>